**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Donald Runnels
Tensas Detention Center DOC No. 187611
8606 Hwy 65
Waterproof, LA  71375

> Judgment on rehearing rendered and mailed to all parties or counsel of record on November 2, 2023

### REHEARING ACTION: November 2, 2023

**Docket Number: 23   00371-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD RUNNELS**

**Writ Application from Allen Parish Case No. 2010-5578**

**BEFORE JUDGES:**

**Hon. Sharon Darville Wilson**
**Hon. Charles G. Fitzgerald**
**Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Donald Runnels** is:

> **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. Joe Green, Counsel for  the Respondent